HONORABLE MARY JO HESTON
HEARING DATE: February 14, 2019
TIME: 9:00 am
RESPONSE DATE: February 7, 2019
CHAPTER 13
TACOMA, WA

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT COURT OF WASHINGTON

| Re | ) | |
|---|---|---|
| RAPHAEL LEE JR. | ) | In Chapter 7 Proceeding |
| | ) | No. 18-43115-MJH |
| | ) | |
| | ) | Notice of Hearing |
| Debtor(s) | ) | and Motion to Reopen for |
| | ) | Discharge Violation & Redeem |
| | ) | 2004 Hyundai Elantra |
| _____ | ) | for $1.00 |

TO: Clerk of Court, U.S. Trustee; Debtor(s); Chapter 7 Trustee, One Main Financial

Please take note that the issue of law in this case will be heard on the date below and the Clerk is requested to note this issue on the motion docket for that day.

HEARING DATE: February 14, 2019        TIME: 9:00 am

PLACE:  1717 Pacific Ave            JUDGE:  MARY JO HESTON
        Courtroom H
        Tacoma, WA 98402

IF YOU OPPOSE the Motion, you must file your written response with the Court Clerk, serve two copies on the Judge's chambers, serve one copy on the undersigned attorney, and serve one copy of your response on each of the persons set forth on the Certificate of Service attached hereto, NO LATER THAN THE RESPONSE DATE, which is **February 7, 2019**

IF NO RESPONSE IS TIMELY FILED AND SERVED, THE COURT MAY, IN ITS DISCRETION, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, AND STRIKE THE HEARING.

Dated: January 3, 2019

/s/ Ellen Ann Brown
_____
Ellen A. Brown, WSB 27992
Attorney(s) for Debtor(s)

NOTICE OF HEARING AND MOTION TO         BROWN and SEELYE PLLC
Redeem                    1              744 South Fawcett Ave.
                                         Tacoma, WA 98402
                                         253-573-1958

# MOTION

COMES NOW the Debtor(s), by and through their attorneys of record, the law offices of BROWN AND SEELYE PLLC, and moves the Court for an order to allow the Debtor(s) to Redeem his 2004 Hyundai Elantra for $1.00 and require One Main Financial to release the title or, in the alternative, retrieve the vehicle within 30 days as follows:

1. Debtor previously filed a Chapter 7 and has received his discharge. OneMain Finance, Inc. has violated the Discharge Injunction by refusing to retrieve their collateral or release the title to Mr. Lee.
2. One Main Financial refuses to pick up their collateral or give Mr. Lee the title.
3. The vehicle is not running and Mr. Lee does not want it in his driveway any further.
4. It is requested that the Court order that One Main Financial must retrieve their vehicle within 30 days and if they do not do so that Mr. Lee may redeem the vehicle for the sum of $1.00 and One Main Financial should release the title to him immediately so he may dispose of the vehicle.
5. The Movant wishes to redeem the vehicle pursuant to 11 U.S.C. Section 722 by paying the creditor the value of the property, but the creditors has not agreed to his request that this be done. The vehicle has no real value in its current nonrunning condition so Debtor requests to redeem for the sum of one dollar ($1.00).

Based on the foregoing, Debtor requests that One Main Financial be ordered to either remove and retrieve their property within thirty days of the Order to be entered in the court or, in the alternative, the vehicle be allowed to be redeemed for the sum of $1,00 and One Main Financial be required to release the title upon receipt of the funds.

Respectfully submitted January 3, 2019.

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor

**CERTIFICATE OF SERVICE**

THE UNDERSIGNED hereby certifies:

On the date set forth below, I caused to be delivered by the method indicated below, a true and correct copy of the above referenced **NOTICE OF HEARING AND MOTION** properly addressed to each of the following:

**ELECTRONIC NOTICED**

Chapter 7 Trustee
Office of the U.S. Trustee
1200 Sixth Ave. #600
Seattle, WA 98101

**FIRST CLASS MAIL TO:**

Onemain Financial, Inc.
Attn: President or CEO
601 NW 2nd Street
Evansville, IN 47708

Onemain Financial Inc.
Mr. James W. Schneider
Or Current President
100 International Drive
18th Floor
Baltimore, MD 21202

Onemain Financial Services, Inc.
c/o CT Corporation System
711 Capitol Way S Ste 204
Olympia, WA 98501

Onemain Financial Inc.
Attn President or CEO
300 St Paul Pl
Baltimore, MD 21202

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Signed at Tacoma, Washington on January 3, 2019.

/s/ Ellen Ann Brown
_____
Ellen Ann Brown WSB 27992