BROWN AND SEELYE, PLLC
SUSAN H. SEELYE, WSB#28825
744 S. FAWCETT
(253) 573-1958
1-866-422-6196 Toll free fax

TACOMA, WA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON

Re Raphael Lee Jr

Debtor(s)

In Chapter 7 Proceeding
No. 18-43115

DECLARATION OF DEBTOR(S)

I/We declare under penalty of perjury of the laws of the State of Washington as follows:

I Raphael Lee Jr asked ONE MAIN to pick up they're vehicle one three seperate times since my bankruptcy discharge and they refused I ask the court to allow me to redeem the vehicle for one dollar

Dated: 1-4-2019

Raphael Lee Jr
Debtor

Joint Debtor

PROOF OF SERVICE

BROWN and SEELYE PLLC
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958