Below is the Order of the Court.

*Mary Jo Heston*

Mary Jo Heston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT COURT OF WASHINGTON

Re )
) In Chapter 13 Proceeding
RAPHAEL LEE JR. ) No. 18-43115-MJH
)
)
) **ORDER**
Debtor(s) )
_____ )

IT IS HEREBY ORDERED that this case is Reopened and that ~~OneMain Financial, Inc. is in violation of the Debtor's discharge and must retrieve the 2004 Hyundai Elantra as their secured collateral within thirty (30) days from the date on this Order or~~ the Debtor may redeem the vehicle for the sum of $1.00 and OneMain Financial, Inc. must release the title upon receipt of said funds.

///end of order///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB27992
Attorney for Debtor(s)

**BROWN and SEELYE PLLC**
744 South Fawcett Ave.
Tacoma, WA 98402
253-573-1958